UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
BRENDA L. MELENDEZ, *as parent and
Natural guardian of J.C.,* and BRENDA
MELENDEZ, *individually,*

              Plaintiff,                          JUDGMENT
                                                        21-CV-1243 (MKB)(JRC)

      V.

DAVID BANKS, *in his official capacity as
The Chancellor of the New York City
Department of Education*; and THE NEW YORK CITY
DEPARTMENT OF EDUCATION,

              Defendants.
------------------------------------------------------------ X

      A Memorandum and Order of Honorable Margo K. Brodie, United States Chief Judge, having been filed on September 26, 2023, denying the Plaintiff's motion for summary judgment; and granting Defendant's cross-motion for summary judgment; it is

      ORDERED and ADJUDGED the Plaintiff's motion for summary judgment is denied; the Defendant's cross-motion is granted; and that judgment is entered in favor of the Defendant.

Dated: Brooklyn, NY                                      Brenna B. Mahoney
       September 26, 2023                           Clerk of Court

                                                           By: */s/Erin Espinal*
                                                                Deputy Clerk